IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3109 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DONTA BOELTER, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the plaintiff, and without objection by the defendant,

IT IS ORDERED that Defendant Boelter's sentencing is continued to Tuesday, June 21, 2011, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated April 19, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge